UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) Bankr. No. 20-40094 |
| | ) Chapter 7 |
| IAN LAFAYETTE FLEMING | ) |
| SSN/ ITIN xxx-xx-9844 | ) |
| | ) NOTICE OF AMENDMENT TO |
| and | ) SCHEDULE E/F |
| | ) |
| TERESA MARIE FLEMING | ) |
| SSN/ITN xxx-xx-4172 | ) |
| | ) |
| Debtors. | ) |

Debtors have amended Schedule E/F. Creditors who have unsecured claims. Your rights may be affected by this amendment. You should discuss this with your attorney. If you do not have an attorney, you may wish to consult one.

Amendment to Priority Claims:

    Original 2.2:    SD Div. of Child Support
                            700 Governors Drive
                            Pierre, SD 57501

    Amended to:    2.1
                            Aaron Beil
                            230 Maple Street E.
                            Monroe, SD 57047

    Original 2.3:    SD Div. of Child Support
                            700 Governors Drive
                            Pierre, SD 57501

    Amended to:    2.2
                            Kalen J. Bauer
                            3614 N. Career Ave. Apt. 11
                            Sioux Falls, SD 57107

Making what was 2.2 SD Department of Labor and Regulation 2.3.
This was amended to show the person the back-child support was shown to rather than the South Dakota Division of Child Support.

    Dated: May 1, 2020.

                                                  UPRIGHT LAW LLC
                                                  By:   */s/ Katie Johnson*
                                                      Attorney for Debtors
                                                      P.O. Box 136
                                                      Beresford, SD  57004-0136
                                                      (605) 763-8013/Fax: (605) 836-7063
                                                      katie.johnsonlaw@gmail.com