UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | ) Bankr. No. 20-40094 |
| | ) Chapter 7 |
| IAN LAFAYETTE FLEMING | ) |
| SSN/ ITIN xxx-xx-9844 | ) |
| | ) CERTIFICATE OF SERVICE |
| and | ) |
| | ) |
| TERESA MARIE FLEMING | ) |
| SSN/ITN xxx-xx-4172 | ) |
| | ) |
| Debtors. | ) |

The undersigned hereby certifies that she mailed, by first class mail, postage prepaid, a true and correct copy of the Notice of Amendment to Schedule E/F:

Kalen J. Bauer
3614 N. Career Ave. Apt. 11
Sioux Falls, SD 57107

Aaron Beil
230 Maple Street E.
Monroe, SD 57047

Ian and Theresa Fleming
813 N. Savannah Drive
Sioux Falls, SD  57103


Dated:  May 4, 2020.


By:   */s/ Katie Johnson*
Attorney for Debtor
P.O. Box 136
Beresford, SD  57004-0136
(605) 763-8013/Fax: (605) 836-7063
katie.johnsonlaw@gmail.com