United States Bankruptcy Court
District of South Dakota

In re:                                                                                          Case No. 20-40094-CLN

Ian Lafayette Fleming                                                               Chapter 7

Theresa Marie Fleming

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0869-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: oclscs | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Ian Lafayette Fleming, 813 N Savannah Drive, Sioux Falls, SD 57103-6614 |
| jdb | #+ | Theresa Marie Fleming, 813 N Savannah Drive, Sioux Falls, SD 57103-6614 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2021

Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Fite, Pierce & Ronning Law Office | on behalf of Trustee Lee Ann Pierce brtrusteepierce@hotmail.com |
| James L. Snyder | ustpregion12.sx.ecf@usdoj.gov |
| Katie L. Johnson | on behalf of Debtor Ian Lafayette Fleming katie.johnsonlaw@gmail.com  notices@UpRightLaw.com |
| Katie L. Johnson | on behalf of Joint Debtor Theresa Marie Fleming katie.johnsonlaw@gmail.com  notices@UpRightLaw.com |

District/off: 0869-4                    User: admin                              Page 2 of 2
Date Rcvd: Feb 08, 2021                 Form ID: oclscs                          Total Noticed: 2

Lee Ann Pierce
                          brtrusteepierce@hotmail.com  SD06@ecfcbis.com

Stephanie C. Bengford

                          on behalf of Creditor U.S. Department of Education usasd.ecfbankruptcy@usdoj.gov


TOTAL: 6

Form oclscs

# United States Bankruptcy Court

## District of South Dakota

In re:                                                      Bankr. No. 20−40094

   **Ian Lafayette Fleming**                              Chapter 7
   SSN/ITIN xxx−xx−9844


   **Theresa Marie Fleming**
   SSN/ITIN xxx−xx−4172


# ORDER DISCHARGING TRUSTEE AND CLOSING CASE

   Upon consideration of the record before the Court; and it appearing Trustee Lee Ann Pierce has filed a final report and account certifying the estate has been fully administered; and it further appearing no timely objection to the final report and account has been filed; and for cause shown; now, therefore,

   IT IS HEREBY ORDERED the trustee is discharged, and this case is closed.

   So ordered:  February 8, 2021 .

BY THE COURT:

Charles L. Nail, Jr.
United States Bankruptcy Judge

NOTICE OF ENTRY

Pursuant to Fed.R.Bankr.P. 9022(a),
this order/judgment was entered
on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota